**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

JEFFERY TODD HENSON                                                       PLAINTIFF
Reg #23187-026

V.                          No. 2:22-CV-00200-JM-JTR

MAHARAJ ALEJANDRO TOMAR,
Doctor/Clinical Director,
FCI-Forrest City Low, *et al*.                                   DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's First Amendment Retaliation claim against Defendant Dr. Tomar is DISMSSED, WITH PREJUDICE. Plaintiff's claims against Defendants Yates and Peters are DISMISSED, WITHOUT PREJUDICE. As these claims are being dismissed for failure to state a claim, it is recommended that this dismissal be counted as a "STRIKE" for purposes of 28. U.S.C. § 1915(g).[1] Judgment will be entered accordingly.

Dated this 10th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In *Gonzalez v. United States*, 23 F.4th 788, 791 (8th Cir. 2022), the Eighth Circuit held a strike cannot be assessed at the time of dismissal. Instead the court deciding whether the prisoner is entitled to proceed *in forma pauperis* in a future proceeding must make that determination.